IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALONZO LOPERA GAONA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-310J |
| | ) | Judge Gibson |
| JOHN M. ASHCROFT, et al., | ) | Magistrate Judge Caiazza |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    IT IS HEREBY ORDERED that the Plaintiff shall provide proper instructions for service upon **each** Defendant, along with a completed notice and waiver of summons, to the Clerk of Court, for the Western District of Pennsylvania, on or before August 30, 2005.


August 15, 2005        s/Francis X. Caiazza
                              Francis X. Caiazza
                              U.S. Magistrate Judge


cc:
Alonza Lopera Gaona, 25212-077
FCI Loretto
P.O. Box 1000
Loretto, PA 15940